WARSHAW BURSTEIN COHEN SCHLESINGER & KUH, LLP, Respondent, v ERIC A. LONGMIRE, Appellant.

Submitted July 1, 2013; decided September 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge RIVERA taking no part.

WELLS FARGO BANK, N.A., as Trustee under POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4, Respondent, v OSWALD RUSSELL, Appellant, et al., Defendants.

Submitted February 25, 2013; decided September 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.